UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | No. 5:14-cv-02504 JAK (SPx) <br><br> **FINAL JUDGMENT** <br><br> JS-6 <br><br> Date:   N/A <br> Time:   N/A <br> Courtroom No. 750, Roybal Courthouse <br> Hon. John A. Kronstadt |

*Colorado River Indian Tribes v. U.S. Dep't of Interior*, No. 5:14-cv-02504

In accordance with Federal Rule of Civil Procedure 54 and the Court's Order Re Plaintiff's Motion For Summary Judgment; Federal Defendants' Cross-Motion For Summary Judgment; Intervenor-Defendant's Cross-Motion For Summary Judgment (Dkts. 122, 146, 147, 149), ECF No. 157 (Jul. 17, 2015), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment is entered in favor of Federal Defendants United States Department of the Interior; Sally Jewell, in her official capacity as Secretary of the Interior; United States Bureau of Land Management ("BLM"); Neil Kornze, in his official capacity as Director of BLM; James G. Kenna, in his official capacity as BLM California State Director; Teri Raml, in her official capacity as District Manager, BLM California Desert District; John Kalish, in his official capacity as Field Manager, BLM Palm Springs/South Coast Field Office; in favor of Intervenor Defendant NextEra Blythe Solar Energy Center, LLC; and against Plaintiff Colorado River Indian Tribes on all claims set forth in Plaintiff's complaint, and the case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 15, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

*Colorado River Indian Tribes v. U.S. Dep't of Interior*, No. 5:14-cv-02504